Decision Per Curiam.

---

Charles F. Grannis and May W. Strong, as Administrators of the estate of Caleb A. Granniss, deceased, Plaintiffs in Errror, vs. Florida Pebble Phosphate Company, a corporation under the laws of Florida, W. B. Makinson, M. Katz, R. E. Rose and E. D. Beggs, Defendants in Error.

(Supreme Court of Florida, Division B, June 27, 1905.)

Memorandum Decisions.

Writ of Error to Circuit Court, Osceola County; **Minor S. Jones, Judge.**

*W. H. Jewell,* for Plaintiffs in Error.

*P. A. Vans Agnew,* and *Massey & Warlow,* **for Defen**dants in Error.

This action was brought by the plaintiffs in error against the defendants in error. There was judgment for the defendants and the plaintiffs take writ of error. The judgment is affirmed.